UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUAN CASTILLO<br>    *Plaintiff*<br><br>VS.<br><br>JLG INDUSTRIES, INC., OSHKOSH<br>CORPORATION and JORGE ESTRADA<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:18-cv-00041<br>JURY |

JOINT ADVISORY PURSUANT TO ORDER OF MEDIATION

Pursuant to the Court's April 4, 2019, Order (Doc. 35), the parties advise the Court of the following:

1. Mediation has been scheduled on April 30, 2019, in San Antonio, Texas, with Don Philbin acting as the mediator.

2. The parties will inform the Court of the outcome of the mediation within 72 hours of its completion.

Respectfully submitted,

SHEEHY, WARE & PAPPAS, P.C.

By:  /s/ Kyle M Rowley
    Kyle M. Rowley
    ATTORNEY IN CHARGE
    State Bar No. 17347700
    U.S.S.D.Tex. No. 3714
    krowley@sheehyware.com
    George Caflisch
    State Bar No. 03588720
    U.S.S.D.Tex. No. 8731
    gcaflisch@sheeyware.com
    Jamie R. Guidry
    State Bar No. 24073512
    jguidry@sheehyware.com

1

909 Fannin Street, Suite 2500
Houston, Texas 77010
PHONE: (713) 951-1000
FAX: (713) 951-1199

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2019, a copy of this pleading was electronically filed with the Clerk of Court and a true and correct copy of the foregoing was served on all record of counsel.

Ronald Rodriguez
THE LAW OFFICES OF RONALD RODRIGUEZ
915 Victoria Street
Laredo, Texas 78040
ron@ronaldrodriguez.com

                                                      */s/ Kyle M Rowley*
                                                   Kyle M. Rowley