UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| Juan Castillo | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | Case No. 5:18-cv-00041 |
| v. | § | |
| | § | |
| | § | |
| JLG Industries, Inc., Oshkosh Corporation and Jorge Estrada | § | |
| | § | |
| | § | |
| | § | |
| *Defendants* | § | |

_____

# PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
_____

**COMES NOW** Juan Castillo, plaintiff in this action, and Plaintiffs' counsel and file this response to the Honorable Court's Order to Show Cause respectfully showing as follows:

1. On March 29, 2019, the undersigned received this Honorable Court's Order to Show Cause (Dkt. 32) as to why Plaintiffs' counsel did not attend a teleconference hearing set for March 26, 2019.  The Order to Show Cause requests a brief be filed in response by April 12, 2019.  This brief in response is timely filed as required by the Court's order.

2. On November 27, 2018, Plaintiff's counsel received the Scheduling Order setting numerous deadlines on the first two pages of the order. (Dkt. 23). On the third and final page there was an additional teleconference hearing that was set for March 26, 2019.

1

This hearing was not placed on Plaintiff's calendar through an unintentional calendaring error, and as a result, Plaintiff did not appear at the teleconference nor initiate the call. The failure to appear was not intentional nor was it the result of conscious indifference.

3. Plaintiff's counsel has reviewed the court's order noting the attempt by Defendants counsel's assistant to contact Plaintiff's counsel and the voicemail message claimed to have been left. Plaintiff counsel does not have any record of any voicemail message or call recorded. Nonetheless, Plaintiff's counsel does not shirk the responsibility to have called in; rather, only responds to this issue as noted in the order.

4. The undersigned respectfully requests that the court find that good cause existed for Plaintiff's counsel not attending the hearing that was set on March 26, 2019. Plaintiff's counsel can appear before this Honorable Court anytime upon reasonable notice should the Court deem further inquiry necessary.

## Prayer

For these reasons, Plaintiff and Plaintiff's counsel respectfully request the court find that Plaintiffs' counsel did not attend the hearing because of good cause, and request that they be granted further relief to which they may be entitled.

>Respectfully submitted,
>
>BY: "/s/ Ronald Rodriguez"
>Ronald Rodriguez
>State Bar No. 00788306
>The Law Offices of Ronald Rodriguez
>A Professional Corporation
>915 Victoria Street
>Laredo, Texas  78040
>Tel: (956) 796-1000
>Fax: (956) 796-1002
>Email: ron@ronaldrodriguez.com
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas on this April 12, 2019.

>"/s/ Ronald Rodriguez"
>Ronald Rodriguez