UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| Juan Castillo | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | Case No. 5:18-cv-00041 |
| v. | § | |
| | § | |
| | § | |
| JLG Industries, Inc., Oshkosh Corporation and Jorge Estrada | § | |
| | § | |
| | § | |
| | § | |
| *Defendants* | § | |

_____

# JOINT ADVISORY REGARDING ADR
_____

The parties hereby jointly advise the court that mediation was conducted but was unsuccessful in resolving the case.

Respectfully submitted,

BY: "/s/ Ronald Rodriguez"
Ronald Rodriguez
State Bar No. 00788306
The Law Offices of Ronald Rodriguez
A Professional Corporation
915 Victoria Street
Laredo, Texas  78040
Tel: (956) 796-1000
Fax: (956) 796-1002
Email: ron@ronaldrodriguez.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas on this May 6, 2019.

<u>"/s/ Ronald Rodriguez"</u>
Ronald Rodriguez