UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| Juan Castillo | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | Case No. 5:18-cv-00041 |
| v. | § | |
| | § | |
| | § | |
| JLG Industries, Inc., Oshkosh Corporation and Jorge Estrada | § | |
| | § | |
| | § | |
| | § | |
| *Defendants* | § | |

_____

# JOINT ADVISORY
_____

The parties hereby jointly advise the court that they are currently available for hearing on July 3, 11, 12, 16-19, 2019.

Plaintiff's counsel is available for hearing in person only on July 3, 2019 and is available on all the other dates via teleconference.

Respectfully submitted,

BY: "/s/ Ronald Rodriguez"
Ronald Rodriguez
State Bar No. 00788306
The Law Offices of Ronald Rodriguez
A Professional Corporation
915 Victoria Street
Laredo, Texas  78040
Tel: (956) 796-1000
Fax: (956) 796-1002
Email: ron@ronaldrodriguez.com
ATTORNEYS FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas on this June 28, 2019.

"/s/ Ronald Rodriguez"
Ronald Rodriguez
